UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ASHANTI R. GUY,

        Petitioner,                   Case No. 1:21-cv-485

v.                                          Honorable Paul L. Maloney

RANDEE REWERTS,

        Respondent.
_____/

## ORDER

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated:  May 9, 2023                        /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      United States District Judge