UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ASHANTI R. GUY,

       Petitioner,                            Case No. 1:21-cv-485

v.                                               Honorable Paul L. Maloney

RANDEE REWERTS,

       Respondent.
_____/

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED** for failure to raise a meritorious federal claim.

Dated:   May 9, 2023                                 /s/ Paul L. Maloney
                                                                 Paul L. Maloney
                                                                 United States District Judge